⚐AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

ARANCIBA v. NASSIRI        DISTRICT OF        Massachusetts

Docket # 04 10494 WGY

**APPEARANCE**

Case Number: 04 10494 WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Respondent SOHAIL NASSIRI

I certify that I am admitted to practice in this court.

I respectfully reserve the right to amend or modify this APPEARANCE with other Counsel as necessary.

3/15/4
Date

Signature

Mark E. Pelosky, Esq.          635022
Print Name                     Bar Number

The Law Office of Mark E. Pelosky, P.C.
Address

375 Broadway Suite 207 Chelsea, MA 02150
City                State              Zip Code

617 884 8100          617 864 1654
Phone Number                   Fax Number