UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*********************************

MARIA JOSE ARANCIBA,
Petitioner

vs.

SOHAIL NASSIRI,
Respondent

Docket Number: 04 10494 WGY

*********************************

## AFFIDAVIT

I, Sohail Nassiri, hereby depose under oath as the following is true and accurate to the best of my knowledge, information and belief:

1. I am a United States citizen, born on November 4, 1962.
2. I am the father of Yasameen Nassiri (child), born on April 22, 1994 in Boston, Massachusetts; the child is a United States citizen.
3. The mother of the child is Maria Jose Aranciba (mother)
4. I married the mother in 1993 in Boston, Massachusetts and we were married for approximately four years, at which time I without legal counsel signed a document written in Spanish under duress, threats and other coercive tactics by the mother related to my marriage and the child which I did not understand due to language and other problems ("AGREEMENT ABOUT CUSTODY, VISIT SYSTEM, ALIMONY FOR THE CHILD YASAMEEN NASSIRI") (Agreement); I was not informed of nor granted rights to court proceedings relating to this alleged Agreement, our divorce and rights related to my child.
5. I have not "unlawfully retained" my child; I have not "abducted, secreted or harmed" the child; The child is not "being illegally held in custody, confinement, or restraint;" All

1

actions and inactions I have undertaken in this matter are in our child's best interests and in order to prevent further grave, prejudicial, irreparable risk and other harm.

6. I have never threatened to flee the USA with the child to Iran; Although I was born in Iran, I have been in the United States for the last 25 years and have been to Iran only one time during these 25 years for a total period of 5 days.

7. I have never threatened with someone "dying," as alleged by Petitioner.

8. The child cannot now be returned to the mother because of the "grave risk that the child's return [to the mother] would expose the child to physical and psychological harm and otherwise place the child in an intolerable situation."

9. The mother is incapable of properly caring for, protecting or otherwise acting in the child's best interests.

10. The mother has dropped in and out of school for the past 11 years, including her time while here in the United States.

11. The mother has been unstable with employment, and unable to obtain and retain viable employment.

12. The mother has been unlawfully present in the United States without legal authority.

13. The mother has breached the alleged Agreement to the detriment of the child by failing, neglecting and refusing to adhere to its terms and conditions: for example, there has been no "agreement of her parents" regarding the "choice of the Educative Institution" for the child.

14. The mother of the child is mentally ill, has been diagnosed with bipolar disorder, at least, by different clinicians, has been prescribed treatments for her mental illness but has failed, neglected and refused to comply with same.

15. The mother is a mother of a second, different child by a different man who she never married, out of wedlock.

16. The mother physically assaults and batters the child, potentially with a dangerous weapon(s) (for example, throwing things at the child and hitting her with same); the mother herself is a victim of physical and emotional abuse (and alleged sexual abuse) by the mother's mother and the mother's father who are the child's grandmother and grandfather.

17. The mother has not ensured that the child attends a quality school on a consistent basis; this has resulted in the child missing an extraordinary, unreasonable, unacceptable amount of school.
18. The mother has failed, neglected and refused to properly care for the child's health: for example, although the father has consistently provided monies in support of the child, in excess of the child support amounts called for by the alleged Agreement, the mother did not take the child to the dentist; the father thus was forced to recently take the child to the dentist where it was determined the child had never been to a dentist and it was discovered that the child had five cavities.
19. The mother has failed, neglected and refused to properly nourish the child; for example, the mother has sent the child to places alone without monies for food.
20. The mother does not care for or properly supervise care for the child; for example, the child is left alone without parental or other supervision; the child is alone placed in the presence of drug users / drug possessors and / or drug dealers who it is believed have criminal records.
21. The mother's family is unstable, dysfunctional and otherwise incapable of properly caring for the child; for example, I first met the mother in 1993 when she had run away from her mother, the child's grandmother, after stealing her mother's credit cards and money; the mother's father, the child's grandfather, has nine different children from different woman who he does not support; none of the mother's siblings have completed education beyond high school (some did not finish high school), and most if not all are unemployed; there is always tension, violence, instability and risk amongst the family, and the child is amongst the family at all relevant times; the mother has threatened harm and caused great problems amongst the family, including between the mother and the father, See, e.g., Exhibit A.
22. For years, I have been visiting my child in Argentina but have noticed that recently she is doing very poorly; for example, in the last months she has been contacting me literally on almost a daily basis because of problems at home with the mother; the mother has been in an abusive relationship with an alleged criminal (violence / drugs) who at relevant times was staying at my child's house with the mother; this alleged criminal on several occasions threatened the life of the child and me, and has assaulted and battered the

3

mother on many occasions; all the money I have been sending the mother for the child's support has been improperly used by the mother and this criminal, instead of supporting the child; because of these threats and grave, irreparable risks to my child, an altercation ensued during my most recent to Argentina in December, 2003.

23. Consequently, the child, a US citizen, came voluntarily to the USA with me with the consent of the mother and the mother's family due to the unstable environment and risks to the child.

24. I have not yet filed legal action here in the USA because I was hopeful we could resolve this matter in an amicable manner.

25. The mother has not been denied access to the child; For example, the mother's mother, the child's grandmother, recently showed up at night at the father's residence unannounced and without any type of notice to or authority from the father; the child was granted physical and verbal access to the child during the grandmother's visit (importantly, I was threatened by the mother's mother during this visit that they would kidnap the child, and I reported same to the West Roxbury Police Department, Sergeant Lynch, on March 5, 2004); Additionally, time(s) have been scheduled for the mother to speak with the child by telephone, and the child has been permitted by the father to speak with the mother.

26. Argentina is not a country which respects and protects fundamental human rights and freedoms; for example, in Argentina, there is torture, disappearances, government-sanctioned illegalities, inequitable access to judicial processes, discrimination against women and children and foreigners or those with different nationalities / ethnicities, and other. *See, e.g., U.S. State Department Country Reports.*

27. I as the child's father have, since the child's arrival here in the USA, enrolled the child in: a private, Catholic school (St. Mary's in Brookline, Massachusetts); a language class; an ice skating class; a karate class.

28. I have also arranged for the child to have periodic visits: with a psychologist, Dr. Kira Lieberman of Wellesley, Massachusetts; with a Dentist, Dr. Bamel of Newton, Massachusetts; with her new, primary care pediatrician, Dr. Maggie Marrion of Weston, Massachusetts.

29. I as the child's father have the full support of friends, associates and peers here in the United States who can and will assist me as necessary in this matter.
30. I have no criminal record, am gainfully employed and am currently enrolled in Suffolk Law School.
31. While I am not rich, I must do whatever is necessary to protect my child from the grave risk of physical and psychological harm if returned to the mother, as well as the intolerable situation the child would be placed in if returned to the mother in Argentina.
32. I necessarily reserve the right to amend, supplement or otherwise revise and change this Affidavit as necessary.
33. More time is needed to effectively protect my child; for example, I just found out about today's purported hearing late this morning.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 15th DAY OF MARCH, 2004

_____
Sohail Nassiri

Commonwealth of Massachusetts

Suffolk, SS                                                                                    March 15, 2004

Now appears before me voluntarily Mr. Sohail Nassiri and executes this document as his free act and deed.

_____
Mark E. Pelosky, Esq.
Notary Public
My Commission Expires: April 16, 2004

5



**YAHOO! Mail**   Yahoo! - My Yahoo! - Help   **YAHOO!**  Print - Close Window

**Date:** Sat, 22 Nov 2003 17:01:37 -0800 (PST)
**From:** "maria arancibia" <mariajosearancibia@yahoo.com>
**Subject:** important !!
**To:** solinassiri@yahoo.com

soli there are some problems with my mother she keeps on talking to yosie about you taking her away from me.
the other day she entered my house and took all the passaports I threatened her to contact the us embassy so then she returned them to me
I decided that she no longer see the kids specially yosie she needs us you and me I need your support on this
I´m spending a lot more time with her and now she is happy about going to US again.


please if you can send me the money or half of it on monday
maria

---

Do you Yahoo!?
Free Pop-Up Blocker - Get it now


EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*********************************
                                 *
MARIA JOSE ARANCIBA,             *
Petitioner                       *
                                 *    Docket Number: 04 10494 WGY
                                 *
vs.                              *
                                 *
SOHAIL NASSIRI,                  *
Respondent                       *
                                 *
                                 *
*********************************
```

## CERTIFICATE OF SERVICE

I, Mark E. Pelosky, Esq., of The Law Offices of Mark E. Pelosky, P.C., Attorney for the Respondent, hereby certify I have this day served a copy of the original

AFFIDAVIT and

CERTIFICATE OF SERVICE.

By in hand service at the Federal Courthouse upon Nancy Harmon, Esq. and / or Harold Robertson, Esq., Attorneys for Petitioner, Harmon & Robertson, P.C., 85 Merrimac Street, 4th floor, Boston, MA 02114.

_____
Mark E. Pelosky, Esq.

March 15, 2004