UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIA JOSE ARANCIBIA,  *
    Petitioner  *
      *
      *
VS.  *    NO. 04-10494-WGY
      *
SOHAIL NASSIRI,  *
    Respondent  *

**PROPOSED ORDER FOR ATTENDANCE OF PETITIONER AT COURT**

    Upon consideration of the Petition for Return of Child, and other material and representations before me, this Court finds that the testimony of the Petitioner, Maria Jose Arancibia is necessary to the determination of the issues of the case, a proceeding under the Hague Convention on the Civil Aspects of International Child Abduction. Accordingly, she is Ordered to appear before the Court at Boston, MA on the dates and times set out herein, and the respective agencies of the United States and Argentina are requested to furnish prompt cooperation to effectuate this Order.

    The dates she is ordered to appear are:

_Mar 31 - Apr 2, 2004_____.

Dated: _Mar 15, 2004_                    _/s/ William G. Young_
                                                William G. Young,
                                                Chief Judge