UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIA JOSE ARANCIBA,<br><br>Petitioner,<br><br>v.<br><br>SOHAIL NASSIRI,<br><br>Respondent. | Civ. No.:04CV10494(WGY) |

## EMERGENCY MOTION FOR ORDER COMPELLING PETITIONER TO SUBMIT TO LIMITED PSYCHIATRIC EVALUATION AT RESPONDENT'S EXPENSE

Respondent Sohail Nassiri ("Soli") respectfully submits this motion for an Order requiring Petitioner Maria Jose Aranciba ("Maria") to a limited psychiatric evaluation at Soli's expense before the evidentiary hearing in this matter. Specifically, Soli seeks an Order that would designate a licensed psychiatrist from the Tufts-New England Medical Center or other comparable institution to interview and evaluate Maria in person to assess the extent of her mental condition, the extent to which she has failed to abide with professional instructions to take prescribed medications, and the likely consequences for Yasameen, the young girl whose safety is at issue in this matter under Article 13(b) of the Hague Convention on the Civil Aspects of International Child Abduction. In further support of this Motion, Soli relies on his Affidavit dated March 15, 2004, the Affidavit of Carol G. Feldman, Ph. D., dated March 22, 2004, and the accompanying memorandum of law. This motion is filed on an emergency basis because the evidentiary hearing in this matter was only recently scheduled and is less than two weeks away.

Based on the foregoing, Respondent Soli respectfully requests that this Court grant his motion compelling Petitioner Maria to submit to a limited psychiatric evaluation.

Respectfully submitted,

Respondent Sohail Nassiri

By his Attorneys
The Law Offices of Mark E. Pelosky, P.C.

_____
Mark E. Pelosky, Esq.
The Law Offices of Mark E. Pelosky, P.C.
BBO # 635022
375 Broadway, Suite 207, Chelsea, MA 02150
64 Main Street, Taunton, MA 02780
617-884 8100

and

Barry S. Pollack (BBO#642064)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA 02108
(617) 720-2880

Dated: March 22, 2004

Certification Pursuant to Local Rule 7.1(A)(2): Co-Counsel to the undersigned counsel, Barry S. Pollack, Esq., hereby certifies that he has attempted to confer with opposing counsel but that the parties have not been able to resolve the issues raised by this motion.

_____
Mark E. Pelosky, Esq. / Barry S. Pollack, Esq.