UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*********************************

MARIA JOSE ARANCIBA,
Petitioner

vs.   Docket Number: 04 10494 WGY

SOHAIL NASSIRI,
Respondent

*********************************

## CERTIFICATE OF SERVICE

I, Mark E. Pelosky, Esq., of The Law Offices of Mark E. Pelosky, P.C., Attorney for the Respondent, hereby certify I have this day served a true copy of the following

1. Original EMERGENCY MOTION FOR ORDER COMPELLING PETITIONER TO SUBMIT TO LIMITED PSYCHIATRIC EVALUATION AT RESPONDENT'S EXPENSE

2. Original MEMORANDUM IN SUPPORT OF RESPONDENT'S EMERGENCY MOTION FOR ORDER COMPELLING PETITIONER TO SUBMIT TO LIMITED PSYCHIATRIC EVALUATION AT RESPONDENT'S EXPENSE

3. Original DECLARATION OF CAROL G. FELDMAN, Ph.D., J.D.

4. AFFIDAVIT (Original submitted to Court on March 15, 2004)

5. Original "CERTIFICATE OF SERVICE."

By first class mail, postage prepaid upon Nancy Harmon, Esq., Attorney of record for Petitioner, Harmon & Robertson, P.C., 85 Merrimac Street, 4th floor, Boston, MA 02114.

Mark E. Pelosky, Esq.

March 22, 2004