


**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY - SUITE 2300**
**BOSTON, MASSACHUSETTS 02210**
**TELEPHONE: 617-748-9152**

**TONY ANASTAS**
**CLERK OF COURT**


**Dr. David Green**
**c/o MSPCC**
**555 Amory St.**
**Jamaica Plain, MA 02130**


**Dear Dr. Green:**

   Enclosed are redacted medical records relative to the civil action case in the US District Court entitled Arancibia v Nassiri   04-10494-WGY   Attorney Pollack has requested that I forward these records to you. Should you have any question please feel free to contact me at 617 748-9156.

                                    Sincerely,


                                    Bonnie Smith
                                    Courtroom Deputy Clerk
                                    William G. Young, Chief Judge


**cc: Pollack**
     **Harmon**
     **Pelosky**